UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GO NEW YORK TOURS INC. and ASEN KOSTADINOV<br>Plaintiffs,<br>- against -<br><br>CRUM & FORSTER INSURANCE BROKERS, INC. and UNITED STATES FIRE INSURANCE COMPANY,<br>Defendants. | : | 26-CV-2471 (ALC) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 28, 2026, Plaintiffs' claims against Defendant Crum & Forster were dismissed. (Dkt. 23.) Plaintiffs' claims against Defendant United States Fire Insurance Co. remain, though nothing has been filed since the July order. The Case Management Plan entered at Dkt. 14 requires a status update every 90 days. Accordingly, by **November 25, 2026**, the parties shall file a joint status report.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2026
New York, New York

Copies transmitted this date to all counsel of record.